

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00034-CR

**RICHARD GARNER,**

Appellant

 **v.**

**THE STATE OF TEXAS,**

Appellee

**From the 52nd District Court
Coryell County, Texas
Trial Court No. FAM-13-21669**

## MEMORANDUM  OPINION

Richard Garner pleaded no contest to the offense of aggravated assault with a deadly weapon. The trial court deferred adjudication of guilt and placed Garner on community supervision for three years. On September 29, 2014, the State filed a motion to adjudicate. After a hearing, the trial court found some of the allegations to be true, convicted Garner of the offense of aggravated assault with a deadly weapon, and assessed punishment at fifteen years confinement. We affirm.

Garner's appointed counsel filed an *Anders* brief asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967). Counsel informed Garner of his right to submit a brief on his own behalf. Garner did not file a brief, and the State did not file a response. Counsel's brief evidences a professional evaluation of the record for error, and we conclude that counsel performed the duties required of appointed counsel. *See Anders v. California*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); s*ee also In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *See Anders v. California*, 386 U.S. at; accord *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10 (1988). After a review of the entire record in this appeal, we determine the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment.

Counsel's request that he be allowed to withdraw from representation of Garner is granted. Additionally, counsel must send Garner a copy of our decision, notify Garner of his right to file a pro se petition for discretionary review, and send this Court a letter certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX.R.APP.P. 48.4; *see also In re Schulman*, 252 S.W.3d at 409 n.22.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Affirmed; motion granted
Opinion delivered and filed August 20, 2015
Do not publish
[CR25]

